AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Nevada

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| | ) | (for **Revocation** of Probation or Supervised Release) |
| v. | ) | |
| GERALD DAVID SLAVENS | ) | Case Number: 3:08-CR-58-LRH-VPC |
| | ) | |
| | ) | USM Number: 43121-048 |
| | ) | |
| | ) | Lauren Gorman for Sylvia Irvin, AFPD |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

(X) admitted guilt to violation of condition(s) paragraphs 1, 2, and 3 of Addendum [#42] on 10/25/16 and paragraphs 1, 2, and 3 of Petition [#25] on 10/31/16 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Addendum [#42] | | |
| Paragraph 1 | Substance Abuse Treatment | 9/6/16 |
| Paragraph 2 | Report Change of Residence/Employment | 9/7/16 |
| Paragraph 3 | Be Truthful | 9/7/16 |
| Petition [#25] | | |
| Paragraph 1 | Drug/Alcohol Testing | 8/5/15 |
| Paragraph 2 | Refrain from Unlawful Use of Controlled Substance | 9/10/15 |
| Paragraph 3 | Substance Abuse Treatment | 8/5/15 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/31/16
Date of Imposition of Judgment

_(signature)_
Signature of Judge

Larry R. Hicks, U.S. District Judge
Name and Title of Judge

11/2/16
Date

FILED ✓   RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 02 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

Judgment - Page 2 of 2

DEFENDANT: GERALD DAVID SLAVENS
CASE NUMBER: 3:08-CR-58-LRH-VPC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS AND ONE (1) DAY**

(X) The court makes the following recommendations to the Bureau of Prisons:

**FCC VICTORVILLE, CA**

(X) The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNTIED STATES MARSHAL